IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

Tisha Olson                                                                                                Plaintiff

No. 3:11-CV-068-HDY

Michael J. Astrue, Commissioner,                                                          Defendant
Social Security Administration

JUDGMENT

Pursuant to the order entered in this case on this date, the final decision of Michael J. Astrue, Commissioner of the Social Security Administration, denying plaintiff Tisha Olson's application for supplemental security income, is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is dismissed with prejudice.

It is so ordered this __17__ day of July, 2012.

_____
United States Magistrate Judge